**STATE of Missouri, Respondent,**

v.

**Shawn A. YOUNG, Appellant.**

No. ED 86040.

Missouri Court of Appeals,
Eastern District,
Division One.

May 9, 2006.

Nancy A. McKerrow, Assistant Public Defender, Columbia, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

frivolous appeal is hereby denied.

Before MARY K. HOFF, P.J., CLIFFORD H. AHRENS, J. and PATRICIA L. COHEN, J.

## *ORDER*

PER CURIAM.

Shawn Young appeals the judgment entered on his convictions after a jury trial for robbery in the first degree and armed criminal action.

We have reviewed the parties' briefs and the record on appeal and find no error. No jurisprudential purpose would be served by a written opinion. The parties have, however, been provided a memorandum setting forth the reasons for our decision in accordance with our local Rule 405. The judgment is affirmed under Rule 30.25(b).